

Richard L. Steer
Partner
212-216-8008
rsteer@tarterkrinsky.com

April 1, 2019

<u>Via ECF</u>

Hon. Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Randall Castro v. MECC Contracting Inc., et al.*
             <u>Case No. 17-cv-5471 (KAM)(RLM)</u>

Dear Chief Magistrate Judge Mann:

    This firm represents defendants in the above-referenced action. Pelton Graham LLC, attorneys for all plaintiffs, joins in this letter.

    During the *Cheeks* hearing before Your Honor on March 27, 2019, at 4:15 p.m. Your Honor found the settlement in the above-referenced Wage & Hour action to be fair and reasonable, and approved of the parties Settlement and Wage and Hour Release, subject to modifications of the language of such settlement agreement with regard to the identity of the "Releasees", and with regard to the definition of "disparaging" conduct under the mutual non-disparagement provision.

    Counsel for the parties have agreed to a written modification of the Settlement Agreement revising the two provisions in issue as reflected on a redlined copy of such provisions, which is annexed hereto as Exhibit "A".

    In light of the foregoing, and Your Honor's Order (Document #43), the parties' counsel submit this joint letter, together with a Stipulation of Discontinuance of the action with prejudice. We respectfully request that Your Honor So Order same.

Hon. Roanne L. Mann
April 1, 2019
Page 2

Thanking Your Honor for your consideration.

                                              Respectfully submitted,

**PELTON GRAHAM LLC**            **TARTER KRINSKY & DROGIN LLP**
*Attorneys for Plaintiff*                 *Attorneys for Defendants*

By: /s/ Brent E. Pelton                 By: /s/Richard L. Steer
    Brent E. Pelton                          Richard L. Steer
    Taylor B. Graham                      1350 Broadway, 11th Floor
    111 Broadway, Suite 1503             New York, New York 10018
    New York, NY 10006                  (212) 216-8000
    (212) 385-9700                           rsteer@tarterkrinsky.com
    pelton@peltongraham.com
    graham@peltongraham.com

                                              **MADON MALIN, P.C.**
                                              *Attorneys for Defendants*

                                              Roger Herbert Madon
                                              260 Madison Avenue, 17th Floor
                                              New York, NY 10016
                                              Tel.: (212) 759-9740